**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RICHARD GREENWOOD individually and on behalf of his deceased son DARIEN GREENWOOD** | * | **CIVIL ACTION NO: 16-cv-11925** |
| | * | **DISTRICT JUDGE: IVAN L.R. LEMELLE** |
| **VERSUS** | * | **MAGISTRATE JUDGE: DANIEL E. KNOWLES, III** |
| **JACK STRAIN, THE ST. TAMMANY PARISH SHERIFF'S OFFICE,** | * | |
| **AND DEPUTIES** | * | |

***********************************************************************************

**<u>PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDED COMPLAINT</u>**

**NOW INTO COURT**, through undersigned counsel, comes Petitioner, Richard Greenwood, individually and on behalf of his deceased son, DARIEN GREENWOOD , who seeks to supplement and amend the original Complaint brought in this matter as follows:

1.

Petitioner realleges and restates all previous allegations, demands, claims, causes of action and prayers for relief contained in any and all previously filed pleadings as if copied here *in extenso*, except to the extent specifically modified or changed herein.

2.

Paragraph 2 in the Original Complaint should be amended as follows:

Made additional Defendants herein are:

(a) Sgt. Robert Edwards, an individual over the age of majority and a resident of St. Tammany Parish, State of Louisiana and a sergeant at the St. Tammany Parish Sheriff's Office; and,

(b) Deputy Ronald Olivier, an individual over the age of majority and a resident of St. Tammany Parish, State of Louisiana and a sergeant at the St. Tammany Parish Sheriff's Office.

**WHEREFORE**, Petitioner prays that this lawsuit be served upon all defendants, and after legal delays and due proceedings had, there be judgment herein and in favor of Petitioner, Richard Greenwood, individually and on behalf of his deceased son, Darien Greenwood, and against Defendants, Jack Strain, Sgt. Robert Edwards and Deputy Ronald Olivier, jointly, severally and *in solido*, for all legally authorized and allowable damages in the premises and for all costs of these proceedings, along with legal interest on all amounts from date of judicial demand until paid; petitioner further prays for all general and equitable relief.

Respectfully submitted,

/s/ Bruce C. Betzer

Bruce C. Betzer, Bar No.: 26800
***The Law Office of Bruce C. Betzer***
**A Professional Limited Liability Company**
3129 Bore Street
Metairie, Louisiana 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
*Attorney for Petitioner*

**Please withhold Service.**
**Waiver of the Service of Summons has been issued**.