**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RICHARD GREENWOOD individually and on behalf of his deceased son DARIEN GREENWOOD** | * | **CIVIL ACTION NO: 16-cv-11925** |
| | * | **DISTRICT JUDGE: IVAN L.R. LEMELLE** |
| **VERSUS** | * | **MAGISTRATE JUDGE: DANIEL E. KNOWLES, III** |
| **JACK STRAIN, THE ST. TAMMANY PARISH SHERIFF'S OFFICE,** | * | |
| **AND DEPUTIES** | * | |

**************************************************************************

**SECOND SUPPLEMENTAL AND AMENDED COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, comes Petitioner, Richard Greenwood, individually and on behalf of his deceased son, DARIEN GREENWOOD, who seeks to supplement and amend the original Complaint brought in this matter as follows:

1.

Petitioner re-alleges and restates all previous allegations, demands, claims, causes of action and prayers for relief contained in any and all previously filed pleadings as if copied here *in extenso*, except to the extent specifically modified or changed herein.

2.

Paragraph 2(a) in the Original Complaint should be amended as follows:

"Also, Jack Strain was personally present at the scene of the investigation, supervising and

implementing department policy and/or procedure, by issuing direct orders and commands to other officers."

Made additional Defendants herein are:

"(e) Detective Keith Canizaro, the Chief Investigator of the Saint Tammany Parish Sheriff's Office assigned to investigate the officer shooting, and a person over the age of majority and a resident of St. Tammany Parish, and;

(f) Lieutenant Greg Gonzales, the St. Tammany Parish Sheriff's Office Public Affairs Specialist, and a person over the age of majority and a resident of St. Tammany Parish.

3.

Paragraph 14 in the original complaint shall be amended to state:

"(i) Detective Keith Canizaro did conspire to cover up and did participate in a cover up of unconstitutional actions of the St. Tammany Parish Sheriff's Office as further alleged in the Complaint by reporting or failing to report or misreporting salient facts;

(j) Lieutenant Greg Gonzales did conspire to cover up and did participate in a cover up of unconstitutional actions of the St. Tammany Parish Sheriff's Office as further alleged in the Complaint by reporting or failing to report or misreporting salient facts, and by purposefully failing to capture the use of force on video."

**WHEREFORE**, Petitioner prays that this lawsuit be served upon all defendants, and after legal delays and due proceedings had, there be judgment herein and in favor of Petitioner, Richard Greenwood, individually and on behalf of his deceased son, Darien Greenwood, and against Defendants, Jack Strain, Sgt. Robert Edwards, Deputy Ronald Olivier, Detective Keith Canizaro, and Lieutenant Greg Gonzalez; jointly, severally and *in solido*, for all legally authorized and allowable damages in the premises and for all costs of these proceedings, along

with legal interest on all amounts from date of judicial demand until paid; petitioner further prays for all general and equitable relief.

Respectfully submitted,

/s/ Bruce C. Betzer

Bruce C. Betzer, Bar No.: 26800
***The Law Office of Bruce C. Betzer***
**A Professional Limited Liability Company**
3129 Bore Street
Metairie, Louisiana 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
*Attorney for Petitioner*

**Please withhold Service.**
**Waiver of the Service of Summons has been issued**.